# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PACKARD AUTOMOTIVE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.<br><br>    Defendants. | Case No. 3:08 CV 00600 PCD |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF PACKARD AUTOMOTIVE, INC.'S
## MOTION TO TRANSFER

Plaintiff Packard Automotive, Inc. ("Packard") moves this Court for transfer of the above-entitled action to the Honorable Janet Bond Arterton, pursuant to 28 U.S.C. § 1404(b).

## I.     PROCEDURAL BACKGROUND

On March 31, 2008, S&E Quick Lube Distribs., Inc. ("S&E Quick Lube") filed in this District the first vehicle filters direct purchaser antitrust Class Action Complaint in the country

1

against Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company, Baldwin Filters, Inc., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc. and United Components, Inc., and The Carlyle Group (collectively, "Defendants").[1]  On April 10, 2008, Barjan, LLC ("Barjan") filed a related action in this District against Defendants.  Both cases were assigned to Judge Arterton.  On April 22, 2008, the Honorable Mark R. Kravitz transferred another related case, T.D.S Company, Inc. d/b/a TWI Auto Parts & Supplies (3:08-cv-00512), to Judge Arterton.

On April 21, 2008, this Action was filed in this District and assigned to the Judge Dorsey. During this same time period, several other related class actions were filed in this District, the Northern and Southern districts of Illinois, the District of New Jersey, and the Eastern District of Tennessee against Defendants.

## II.    ARGUMENT

All plaintiffs in the above-referenced class actions (together "Related Actions"), including plaintiff in the instant Action, assert that Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1.  Based upon virtually identical allegations, all plaintiffs seek damages and injunctive relief on behalf of themselves and a proposed plaintiff class.  For the reasons set forth herein, this related Action should be transferred to Judge Arterton.

---

[1] Defendant The Carlyle Group was voluntarily dismissed, without prejudice, on April 11, 2008, from S&E Quick Lube's Complaint and all other related complaints pending in this District in which it was named as a defendant.

A.    **Transfer**

Under 28 U.S.C. § 1404(b), a court may, upon motion and at its discretion, make a "intradistrict" transfer of any action. <u>Illinois Brick Co. v. Illinois</u>, 431 U.S. 720, 762-63 (1977) (recognizing "the intradistrict transfer power created by 28 U.S.C. § 1404(b)").

Here, transfer is appropriate because this Action involves questions of fact and law that are identical to those at issue in the Related Actions, and the named-defendants in all the actions are identical as well. Plaintiff has moved to transfer this Action to Judge Arterton because that Court has the first-filed action, as well as two other related actions (including the one transferred by Judge Kravitz), pending before it. No other judge in this District has been assigned more than one of the related actions. If the Court grants the instant motion, this Action will likely be consolidated with the Related Actions pursuant to a motion for consolidation before Judge Arterton. Transferring this Action to Judge Arterton and consolidating it with the Related Actions will preserve judicial resources and avoid duplicative discovery and pretrial proceedings.

### III.    CONCLUSION

For the reasons set forth herein, and in order to provide for the orderly and efficient conduct of the Related Actions, Plaintiff respectfully requests that the Court transfer this action to Judge Arterton.

Dated: May 16, 2008

Respectfully submitted,

By: _____
Steven E. Arnold (ct07966)
sea@SAlaw.us
Peter M. Van Dyke (ct24747)
pvd@SAlaw.us
**STANGER & ARNOLD, LLP**
433 South Main Street, Ste. 112
West Hartford, CT 06110
Telephone:    (860) 561-0650
Fax:            (860) 561-0646

Guri Ademi
Shpetim Ademi
David Syrios
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Telephone:    (414) 482-8000
Fax:            (414) 482-8001

*Counsel for Plaintiff Packard Automotive, Inc.*

## CERTIFICATION

THIS IS TO CERTIFY that on May 18, 2008, a copy of the foregoing was electronically

filed.  Notice of this filing will be sent via email to all parties by operation of the Court's

electronic filing system.  The undersigned did cause to be sent, by U.S. Mail, first-class, postage

prepaid, a copy of the foregoing to the following counsel and pro-se parties of record that do not

have access to the Court's electronic filing system.

_____
Steven E. Arnold

## SERVICE LIST

Benjamin A. Solnit
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor,
PO Box 936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs., Inc.
and United Components, Inc.*

William M. O'Connor
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters, L.L.C. and
Robert Bosch LLC*

Kenneth W. Ritt
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

Edward Wood Dunham
Erika L. Amarante
WIGGIN & DANA
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

David S. Hardy
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

David L. Belt
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

Francis H. Morrison, III
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

David A. Ball
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St.
Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel USA, Inc.*

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*

Joseph D. Jean
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritar Inc.*