UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PACKARD AUTOMOTIVE, INC.

   vs                                                                   Civil No. 3:08 cv 600 (PCD)

CHAMPION LABORATORIES, INC., ET ALS

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the Honorable <u>Janet Bond Arterton, U.S.D.J.</u> All further non e-filed pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u>. Non e-filed pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you. [See Local Rule 7(a)].

Dated at New Haven, Connecticut, June 30, 2008.

                                                                        /s/ _____  
                                                                       Peter C. Dorsey, Senior  
                                                                       United States District Judge