# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00600–JBA

| | |
|---|---|
| Packard Automotive Inc v. Honeywell Intl Inc et al | Date Filed: 04/21/2008 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 07/25/2008 |
| Lead case: 3:08–cv–00475–JBA | Jury Demand: Plaintiff |
| Member cases: | Nature of Suit: 410 Anti–Trust |
|   3:08–cv–00528–JBA | Jurisdiction: Federal Question |
|   3:08–cv–00534–JBA | |
|   3:08–cv–00637–JBA | |
|   3:08–cv–00660–JBA | |
|   3:08–cv–00600–JBA | |
|   3:08–cv–00711–JBA | |
|   3:08–cv–00722–JBA | |
|   3:08–cv–00729–JBA | |
|   3:08–cv–00797–JBA | |
|   3:08–cv–00901–JBA | |
|   3:08–cv–00911–JBA | |
|   3:08–cv–01120–JBA | |
|   3:08–cv–00718–JBA | |
|   3:08–cv–00770–JBA | |
|   3:08–cv–00912–JBA | |
|   3:08–cv–00988–JBA | |

Cause: No cause code entered

**Plaintiff**

| | | |
|---|---|---|
| **Packard Automotive Inc** | represented by | **Steven E. Arnold** |
| *o/b/o themselves &all others similarly situated* | | Stanger &Arnold, LLP |
| | | 433 S. Main St., Suite 112 |
| | | West Hartford, CT 06110 |
| | | 860–561–0650 |
| | | Fax: 860–561–0646 |
| | | Email: sea@SAlaw.us |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Honeywell Intl Inc**

**Defendant**

**Champion Lab Inc**

**Defendant**

**Purolator Filters NA LLC**

**Defendant**

**Wix Filtration Prod**

**Defendant**

**Cummins Filtration Inc**

**Defendant**

**Donaldson Co**

**Defendant**

**Baldwin Filters Inc**

**Defendant**

**Bosch USA**

**Defendant**

**Mann + Hummel USA Inc**

**Defendant**

**Arvinmeritor Inc**

**Defendant**

**United Components Inc**

**Defendant**

**Does 1 – 20**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2008 | Ï 1 | COMPLAINT against Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Does 1 – 20, Honeywell Intl Inc, Champion Lab Inc, Purolator Filters NA LLC, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc (Filing fee $350 receipt number H025345) filed by Packard Automotive Inc.(Grady, B.) (Entered: 04/22/2008) |
| 04/21/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 07/21/08. Amended Pleadings due by 6/20/2008; Discovery due by 10/21/2008; Dispositive Motions due by 11/20/2008. Signed by Clerk on 04/21/08. (Grady, B.) (Entered: 04/22/2008) |
| 04/21/2008 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Peter C. Dorsey on 04/21/08. (Grady, B.) (Entered: 04/22/2008) |
| 04/22/2008 | Ï | Summons Issued as to Bosch USA, Mann + Hummel USA Inc, Arvinmeritor |

| | | |
|---|---|---|
| | | Inc, United Components Inc, Honeywell Intl Inc, Champion Lab Inc, Purolator Filters NA LLC, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Grady, B.) (Entered: 04/22/2008) |
| 05/16/2008 | Ï 4 | MOTION to Transfer/Disqualify/Recuse Judge by Packard Automotive Inc. (Arnold, Steven) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 5 | Memorandum in Support re 4 MOTION to Transfer/Disqualify/Recuse Judge filed by Packard Automotive Inc. (Arnold, Steven) (Entered: 05/16/2008) |
| 06/30/2008 | Ï 6 | ELECTRONIC ORDER granting 4 Motion to Transfer. Signed by Judge Peter C. Dorsey on 6/30/08. (Villano, P.) (Entered: 06/30/2008) |
| 06/30/2008 | Ï 7 | ORDER OF TRANSFER. Case reassigned to Judge Janet Bond Arterton for all further proceedings. Signed by Judge Peter C. Dorsey on 6/30/08. (Brown, S.) (Entered: 07/01/2008) |
| 07/01/2008 | Ï 8 | ELECTRONIC Order on Pretrial Deadlines: This case was transferred to Judge Janet Bond Arterton, all deadlines remain in effect until further order of the Court. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.. Signed by Judge Janet Bond Arterton on 7/1/08. (Torday, B.) (Entered: 07/02/2008) |
| 07/01/2008 | Ï 9 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 7/1/08. (Torday, B.) (Entered: 07/02/2008) |
| 07/25/2008 | Ï 10 | ORDER OF CONSOLIDATION of cases 3:08cv600, 3:08cv711, 3:08cv722, 3:08cv729, 3:08cv797, 3:08cv901, 3:08cv911 to Lead Case # 3:08cv475(JBA).. Signed by Judge Janet Bond Arterton on 7/25/08. (Malone, P.) (Entered: 07/29/2008) |
| 07/25/2008 | Ï | Cases associated. Create association to 3:08–cv–00475–JBA. (Malone, P.) (Entered: 07/29/2008) |
| 08/25/2008 | Ï 11 | MDL Transfer ORDER Case Transferred to the Eastern Division of Northern District of Illinois. Signed by J. Fredrick Motz MDL Pannel on 8/18/08. (Malone, P.) (Entered: 08/29/2008) |